1
2  G. Thomas Martin, III, Esq. (SBN 218456)
   **PRICE LAW GROUP, APC**
3  15760 Ventura Blvd., Suite 1100
   Encino, CA  91436
4  T: (818) 907-2030; F: (818) 205-2730
   tom@plglawfirm.com
5
   Attorneys for Plaintiff,
6  ERIKA SOUCY

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 ERIKA SOUCY                          Case No.: C12-02712 MEJ

12         Plaintiff,                   **NOTICE OF SETTLEMENT**

13     vs.

14 DIVERSIFIED COLLECTION
   SERVICES, INC.; DOES 1-10,
15 inclusive.

16         Defendants.

17

18     **PLEASE TAKE NOTICE** that this matter has been settled in its

19 entirety.  It is respectfully requested that all pending hearings be taken off

20 calendar.

21                                 RESPECTFULLY SUBMITTED,
22 DATED:  October 23, 2012         **PRICE LAW GROUP APC**

23                                 By: /s/ G. Thomas Martin, III
24                                    G. Thomas Martin, III
                                      Attorney for Plaintiff
25
                                   GRANTED.  All pending hearings shall be
                                   vacated.
                                   Dated:  12/23/2012

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Maria-Elena James]*

NOTICE OF SETTLEMENT