UNITED STATES  DISTRICT COURT

Northern District of California

ERIKA SOUCY,

                 Plaintiff,

     v.

DIVERSIFIED COLLECTION SERVICES,

                 Defendant.

_____/

No.  CV12-2712 MEJ

**ORDER RE: STATUS**

      The parties shall file a joint case status report or dismissal by February 25, 2013.

**IT IS SO ORDERED.**

Dated: February 11, 2013

_____

Maria-Elena James
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California