G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
ERIKA SOUCY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIKA SOUCY, | Case No. 3:12-cv-02712-MEJ |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO FILE A STIPULATION OF DISMISAL |
| vs. | |
| DIVERSIFIED COLLECTION SERVICES, INC., | |
| Defendants. | |

**[~~PROPOSED~~ ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED that parties are hereby granted an extension of time to file a Stipulation of Dismissal.

Date: February 25, 2013    _____
                           JUDGE, United States District Court,
                           Northern District of California

                           [Signature: Judge Maria-Elena James]

STIPULATION AND [PROPOSED] ORDER – 3:12-cv-02712-MEJ

- 1 -