UNITED STATES DISTRICT COURT

Northern District of California

ERIKA SOUCY,

            Plaintiff,

  v.

DIVERSIFIED COLLECTION SERVICES,

            Defendant.
_____/

No. C 12-2712 MEJ

**STATUS ORDER**

    The parties are ORDERED to file a joint status report by July 25, 2013.

**IT IS SO ORDERED.**

Dated: July 8, 2013

_____
Maria-Elena James
United States Magistrate Judge