G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
ERIKA SOUCY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA SOUCY<br><br>    Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>    Defendant. | Case No.: C 12-02712MEJ<br><br>Hon. Maria-Elena James<br><br>~~[PROPOSED]~~ **ORDER OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff ERIKA SOUCY against Defendants DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive, are dismissed, without prejudice. Plaintiff ERIKA SOUCY and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: July 23, 2013

_____
Maria-Elena James
United States Magistrate Judge